IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CAROL BENEKER, | CASE NO.   2:19-CV-00292-ALM-KAJ |
| Plaintiff, | JUDGE MARBLEY |
| vs. | MAGISTRATE JUDGE JOLSON |
| LOWE'S, *ET AL.*, | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendants hereby stipulate that all claims in this matter be dismissed with prejudice, with each party to bear its own costs.

Respectfully submitted,

/s/*David A. Bressman* (email consent 7/17/19)
David A. Bressman (0047128)
Thomas F. Martello Jr. (0058601)
Law Office of David A. Bressman
5186 Paul G. Blazer Parkway
Dublin, OH 43017
David@Bressmanlaw.com

Attorneys for Plaintiff

/s/ *Nicholas P. Resetar*
Nicholas P. Resetar (0086507)
bwright@ralaw.com
nresetar@ralaw.com
Roetzel & Andress, LPA
222 South Main Street
Akron, OH  44308

Attorneys for Defendants

14026589 _1

**PROOF OF SERVICE**

I hereby certify that on this 17th day of July, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Nicholas P. Resetar
Nicholas P. Resetar

14026589_1